IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-029-4 |
| | § | |
| CRISTHIAN TOWNSEND | § | |

**O R D E R**

Defendant Townsend filed an unopposed motion for continuance of the sentencing hearing (Docket Entry No. 456). The motion for continuance is GRANTED. The sentencing hearing is reset to **June 29, 2011 at 9:30 a.m.**

SIGNED on April 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge